■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. PHILIP R. BROWN, an Attorney admitted on July 27, 1987, at a term of the Appellate Division, First Department. [— NYS2d —] —Motion for reinstatement withdrawn as moot, respondent having already been reinstated as an attorney and counselor-at-law by the unpublished order of this Court entered on May 23, 1997 [M-3268]. No opinion. Concur— Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 230 AD2d 366, 368.]